## STOVER ET AL v. CORY ET AL.

1. **Taxes:** WHEN PAID BY CO-TENANT: PURCHASER WITHOUT NOTICE. Taxes paid by one of two tenants in common of real estate, upon the interest of his co-tenant, cannot be recovered from the purchaser of such interest without notice of the claim, nor made a charge upon the property in his hands.

*Appeal from Iowa Circuit Court.*

FRIDAY, JUNE 11.

ACTION for partition of real estate. The plaintiffs claimed to be the owners of the undivided one-half thereof, and conceded in their petition the defendants owned the residue. The defendants pleaded they had paid the taxes on the whole property for a number of years, and they asked judgment for one-half of the amounts so paid. In a reply, among other defenses, the plaintiffs pleaded they were innocent purchasers without notice. Trial to the court, judgment of partition as prayed, but the court adjudged the plaintiffs should pay a certain portion of the amount paid as taxes, and charged the same as a lien on the real estate. The plaintiffs appeal.

*T. P. Murphy,* for appellants.

No appearance for appellee.

SEEVERS, J.—The taxes were paid by the defendants in the year 1860, and for several years thereafter. The plaintiffs purchased and became the owners of the undivided one-half of the premises in March, 1879. At that time the taxes for 1878 were unpaid, and plaintiffs had notice of this fact. There was no evidence tending to show that plaintiffs, at the time, or before they became owners of said premises, had any notice or knowledge that a claim or demand would be made against them, or the land, for taxes paid for any year previous to 1878. As to the latter, we do not understand there is any controversy, and as to the former, we think the defendants are not entitled to the redress granted.

<div style="margin-left:2em;font-size:smaller;">1. TAXES: when paid by co-tenant: purchaser without notice.</div>

REVERSED.